UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOMINIQUE GRAY, on behalf of D.L.C., a minor,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. CV 18-07466-DOC (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this case without prejudice.

Dated: October 31, 2018

_____
DAVID O. CARTER
United States District Judge